IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01596-BNB

KONE LASSINE,

      Applicant,

v.

DOUGLAS MAURER, Field Office Director, DHS and Custom Enforcement,

      Respondent.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 2 2007

GREGORY C. LANGHAM
             CLERK

---

## ORDER OF DISMISSAL

---

Applicant Kone Lassine currently resides in Wheat Ridge, Colorado. Mr. Lassine initiated this action by submitting to the Court a *pro se* pleading titled, "Motion for Stay of Deportation/Removal Pending Case Adjudication," on July 30, 2007. Magistrate Judge Boyd N. Boland entered an order on July 30, 2007, in which he directed the Clerk of the Court to commence a civil action and instructed Mr. Lassine to cure certain deficiencies if he wished to pursue his claims.

Specifically, Magistrate Judge Boland ordered Mr. Lassine to file the Application on a Court-approved form used in filing actions pursuant to 28 U.S.C. § 2241 and to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. Mr. Lassine was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Lassine has failed to cure the deficiencies within the time allowed. He also has failed to respond in any way to Magistrate Judge Boland's July 30, 2007, Order.

Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 12 day of _____Sept._____, 2007

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01579-BNB

Kione Lassine
4080 Upham Street, Apt. 107
Wheat Ridge, CO 80033

      I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT**
to the above-named individuals on 9-12-7

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk